UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEY INSURANCE COMPANY,<br><br>Plaintiff,<br>v.<br>ELIZARDO INTERIANO, et al.,<br><br>Defendants. | Case No. 2:25-cv-00169-ART-MDC<br><br>ORDER |

The Complaint in this action was filed on January 28, 2025 (ECF No. 1). The Court issued a notice of intent to dismiss Elizardo Interiano, Sandra Lopez, Pedro Morales, Juan-Carlos Gonzalez and Justin Hernandez under Fed. R. Civ. P. 4(m) unless proof of service is filed by May 29, 2025. (ECF No. 8.) To date, no such proof of service has been filed. Accordingly, it is therefore ordered that the claims against Elizardo Interiano, Sandra Lopez, Pedro Morales, Juan-Carlos Gonzalez and Justin Hernandez are dismissed without prejudice.

The Clerk of Court is directed to close this case accordingly.

DATED this 10th day of June 2025.

_____
Anne R. Traum
United States District Court Judge

1